IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>24,273.260219 USDT TETHER (USDT) SEIZED FROM A BINANCE ACCOUNT ASSOCIATED WITH USER ID 462487648 AND EMAIL ADDRESS OSAMAIRFAN29@GMAIL.COM,<br><br>Defendants *in Rem.* | ) | Civil Case No. 1:26cv15 |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the United States of America, pursuant to Rule 55(b)(2), Fed. R. Civ. P., and herewith moves this Court for default judgment and order of forfeiture in favor of the United States. In support of this motion, the Government states the following:

1. This is an *in rem* forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(A) seeking the forfeiture of the defendant, 24,273.260219 USDT Tether (USDT) seized from a Binance Account Associated with User ID 462487648 and Email Address osamairfan29@gmail.com, ("defendant property").

2. As stated in the undersigned's declaration in support of the United States' Request for Entry of Default filed on August 24, 2026 (Doc. 6), the Complaint for Forfeiture *In Rem* was filed on January 5, 2026 (Doc. 1). On March 12, 2026, the Warrant and Summons for Arrest of Articles *In Rem* was duly executed on the defendant property by the United States Marshals Service, pursuant to Supplemental Rule G(3)(b) and (c). A Proof of Service for an executed

warrant for arrest *in rem* was filed with the Clerk of Court on March 17, 2026. (Doc. 4). Pursuant to Supplemental Rule G(4)(a), notice of this civil forfeiture action was published on an official Government internet site (www.forfeiture.gov) for a period of 30 days, beginning on March 20, 2026, and the deadline for filing a claim or statement of interest expired on April 18, 2026. A Notice of Publication was filed with the Clerk of Court on August 24, 2026 (Doc. 5). Pursuant to Rule G(4)(b), direct notice of this civil forfeiture action and a copy of the complaint were sent via e-mail[1] on July 14, 2026, to all persons believed to have an interest in the Defendant property, specifically the following:

a. Usama Irfan Elahi, Binance User ID 462487648, osamairfan29@gmail.com.

The deadline for filing a claim for any individual to whom direct notice was sent elapsed on August 18, 2026, pursuant to Rule G(5)(a). No person has filed a verified claim as required by Rule G, nor has any person otherwise appeared or answered the complaint, and the time to do so has expired. Upon information and belief, no person or entity thought to have an interest in the Defendant Property is an infant, incompetent, or presently engaged in military service.

3. On August 24, 2026, the United States filed a Request for Entry of Default, supported by an appropriate declaration. (Doc. 6).

4. On August 24, 2026, the Clerk entered the default of all persons as provided for by Rule 55(a), Fed. R. Civ. P. (Doc. 7).

5. Rule 55(b)(2), Fed. R. Civ. P., provides that in cases other than those seeking a judgment for a sum certain, the party seeking a judgment shall apply to the Court for the default judgment. In this case, the Government seeks default judgment ordering the

---

1 As noted in the declaration the government submitted in support of its request for entry of default, the government provided direct notice by e-mail rather than by letter because the potential claimant here is believed to be abroad and the government wanted to ensure they received notice. Through its investigation in this cryptocurrency case, however, the government was able to identify an e-mail address for the one potential claimant.

defendant property forfeited to the United States.

Wherefore, the United States requests the entry of the proposed order of forfeiture submitted herewith.

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _/s/Annie Zanobini__________________
Annie Zanobini
Assistant United States Attorney
California Bar No. 321324
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: (703) 299-3903
Facsimile Number: (703) 299-3980
Email Address: annie.zanobini2@usdoj.gov